[No. 2426.]

## GEORGE LEE v. THE STATE.

FORGERY.—INDICTMENT, which charges the offense to have been committed upon a date subsequent to its presentment, is fatally defective.

APPEAL from the District Court of Lamar. Tried below before the Hon. D. H. Scott.

The conviction in this case was for forgery, and the penalty assessed by the verdict was a term of two years in the penitentiary.

*Hale, Baldwin & Hale,* for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

WILLSON, JUDGE.   In this case the indictment was presented and filed on the fourth day of October, 1886, and alleges the offense to have been committed on the twenty-second day of October, 1886.   The indictment is therefore fatally defective, and the judgment is reversed and the prosecution is dismissed.

*Reversed and dismissed.*